**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISTOPHER ROSSI<br><br>Plaintiff,<br><br>v.<br><br>PETER K. ROSEDALE, INC., D/B/A<br>APPLEBAUM LAW OFFICES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.<br><br>CA 06 39 S |

**COMPLAINT FOR DAMAGES FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**

## I. PRELIMINARY STATEMENT

1. This Complaint is filed under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA") which prohibits a debt collector from engaging in abusive, deceptive, and unfair practices. This action is brought to seek statutory damages and other relief pursuant to the FDCPA.

## JURISDICTION

2. This Court has jurisdiction under 28 U.S.C. §1331 (general federal question) and 15 U.S.C. §1692k (FDCPA). Venue in this District is proper because defendant resides or does business here.

## III. PARTIES

3. The Plaintiff, Christopher Rossi is a natural person, residing in Warwick, Rhode Island.

4. The Defendant is a Rhode Island corporation with its principal place of business located at 30 Kennedy Plaza, Suite 332, Providence, Rhode Island. Defendant is a debt collector as defined under the FDCPA as it regularly attempts to collect debts alleged to be due and owing another party.

## IV. FACTUAL ALLEGATIONS

5. Upon information and belief, the Defendant was retained to collect an obligation on behalf of Asset Acceptance LLC Assignee of Citibank ("Citibank") that was due and owing by Plaintiff.

6. On June 23, 2005, the Defendant mailed a collection letter to the Plaintiff in an attempt to obtain payment of the Asset Acceptance LLC Assignee of Citibank obligation that was owing by Plaintiff. A copy of said correspondence is attached hereto as Exhibit "A."

7. The Asset Acceptance LLC Assignee of Citibank debt referenced in Exhibit A was incurred by Plaintiff for personal, family, or household purposes.

## V. CLAIMS FOR RELIEF

8. Defendant violated 15 U.S.C. § 1692g(3) by requiring that the consumer's notification within 30 days after receipt of the collection letter that he disputes the validity of the debt, or any portion thereof, be "**in writing**" or else the debt would be assumed to be valid.

9. Defendant violated 15 U.S.C. § 1692a inaccurately and incompletely stating the amount of the debt in the above-referenced collection letter to be "$7,198.18. PLUS INTEREST."

**WHEREFORE,** Plaintiff respectfully requests that judgment be entered against Defendant for the following:

A. Statutory damages pursuant to 15 U.S.C. §1692k;

B. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

**RICHARD ROSSI**
**By His Attorneys**
**CLAUDE LEFEBVRE**
**CHRISTOPHER M. LEFEBVRE, P.C.**

Joseph E. Marran III #3971
P.O. Box 479
Pawtucket, RI 02860
Tel. (401) 728-6060
Fax (401) 728-6534

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

Joseph E. Marran III