# EXHIBIT A

**APPLEBAUM LAW OFFICES**
**PETER K. ROSEDALE, INC.**
**Law Offices**
**30 Kennedy Plaza, Suite 332**
**P. O. Box 513**
**Providence, RI 02901-0513**

June 23, 2005

**(401) 751-9500**
**fax (401) 751-9643**
**rapplebaum@excite.com**

**Richard B. Applebaum**
**member R.I. and Mass. Bars**

CHRISTOPHER ROSSI
25 REMINGTON ST
WARWICK, RI 02888

CREDITOR: ASSET ACCEPTANCE LLC
ASSIGNEE OF CITIBANK
AMOUNT: $7,198.18, PLUS INTEREST
ACCOUNT NO: [redacted]609
**OUR FILE NO 5302**

Dear CHRISTOPHER ROSSI

The above claim has been filled against you with this office for collection.

Unless you notify the undersigned **in writing** within 30 days after receipt of this notice that you dispute the validity of this debt, or any portion thereof, the debt will be assumed to be valid.

In the event that you dispute the debt or any portion of it, this office will send you verification of the debt or a copy of any judgment entered.

In the name and address of the original creditor is different from the present creditor, upon written request, this office will provide you with such information concerning the original creditor.

To avoid the embarrassment and additional expense of court action, send the amount due to this office or communicate with the undersigned to make satisfactory arrangements.

This office is engaged in debt collection. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

We may proceed with suit against you without waiting the 30 days, if so requested by our client.

Very truly yours,

APPLEBAUM LAW OFFICES

Richard B. Applebaum
Bar# 2468

**P.S. PLEASE MAKE CHECK PAYABLE TO : APPLEBAUM LAW OFFICES AND REFER TO OUR FILE # ON ALL CHECKS AND CORRESPONDENCE.**