UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTOPHER ROSSI | : | |
| | : | |
| v. | : | CA 06-39 S |
| | : | |
| PETER K. ROSEDALE, INC., D/B/A | : | |
| APPLEBAUM LAW OFFICES | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
January 31, 2006

BY ORDER:

Matthew Saucier
Deputy Clerk