AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CHRISTOPHER ROSSI

V.

PETER K. ROSEDALE, INC., D/B/A A

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 39 S

TO: (Name and address of Defendant)

Agent for service of process for Peter K. Rosedale, Inc., d/b/a
Applebaum Law Offices:
PETER K. ROSEDALE
30 KENNEDY PLAZA, SUITE 332
PROVIDENCE, RHODE ISLAND 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph E. Marran III, Esq.
CLAUDE LEFEBVRE
CHRISTOPHER LEFEBVRE, P.C.
P.O. BOX 479
PAWTUCKET, RHODE ISLAND 02862

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1-27-06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Feb 24 2006 |
| NAME OF SERVER *(PRINT)* Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Peter K. Rosedale Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): President Richard AppleBaum Esq. 30 Kennedy Plaza 4 Providence RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/24/06
Date

Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

Address of Server

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 MAR -1 P 3:01
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.