JFP:mes 6731/43

RECEIVED
MAR 22 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER ROSSI )
)
VS. ) C.A. NO. 06-39
)
PETER K. ROSEDALE, INC. d/b/a )
APPLEBAUM LAW OFFICES )

## STIPULATION

It is hereby agreed by the parties that defendant may answer, plead or otherwise respond late and out of time up to and including April 6, 2006.

Joseph E. Marran, III, Esq. # 3971
CLAUDE LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
Attorney for Plaintiff
P.O. Box 479
Pawtucket, RI 02860
PHONE: (401) 728-6060
FAX: (401) 728-6534

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 3/28/06

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
Attorney for Defendant
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Dated: 3/10/06