JFP:co 6731/43 \pleading\673143Ans

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTOPHER ROSSI | : | |
| | : | |
| VS. | : | C.A. NO. 06-39S |
| | : | |
| PETER K. ROSEDALE, INC. d/b/a | : | |
| APPLEBAUM LAW OFFICES | : | |

**ANSWER OF THE DEFENDANT**

**I. PRELIMINARY STATEMENT**

1. This is a statement of the law. No answer is required. The statute in question speaks for itself.

**II. JURISDICTION**

2. Admitted.

**III. PARTIES**

3. Admitted.

4. Admitted.

**IV. FACTUAL ALLEGATIONS**

5. Admitted.

6. Admitted.

7. Defendant is without knowledge to either admit or deny the allegations.

**V. CLAIMS FOR RELIEF**

8. Denied.

9. Denied.

## AFFIRMATIVE DEFENSES

1. To the extent that there may be a violation of the Fair Debt Collection Practices Act, any such violation was not intentional and thus there is no liability under the provisions of 15 U.S.C. §1692k (c).

WHEREFORE, defendant demands that judgment be entered in its favor plus the award of costs and reasonable attorney's fees.

DEFENDANT,
Peter K. Rosedale, Inc.,
d/b/a Applebaum Law Offices,
By its Attorney,

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on 4-5-06 to:

Joseph E. Marran, III
P.O. Box 479
Pawtucket, RI 02860