JFP:co 6731/43 \pleading\673143EOA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTOPHER ROSSI | : | |
| | : | |
| VS. | : | C.A. NO. 06-39S |
| | : | |
| PETER K. ROSEDALE, INC. d/b/a | : | |
| APPLEBAUM LAW OFFICES | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance for the defendant, Peter K. Rosedale, Inc. d/b/a Applebaum Law Offices.

DEFENDANT,
Peter K. Rosedale, Inc.,
d/b/a Applebaum Law Offices,
By its Attorney,

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 4-5-06 to:

Joseph E. Marran, III
P.O. Box 479
Pawtucket, RI 02860

Coaus