JFP:co 6731/43 \pleading\673143Stip

RECEIVED
MAY 17 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTOPHER ROSSI | : | |
| | : | |
| VS. | : | C.A. NO. 06-39S |
| | : | |
| PETER K. ROSEDALE, INC. d/b/a | : | |
| APPLEBAUM LAW OFFICES | : | |

## STIPULATION

It is hereby agreed that the above-entitled matter is dismissed with prejudice. No interest. No costs. No attorney's fees.

Joseph E. Marran, III, Esq. #3971
CLAUDE LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
**Attorney for Plaintiff**
P.O. Box 479
Pawtucket, RI 02860
PHONE: (401) 728-6060
FAX: (401) 728-6534

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/17/06

5/15/06

Joseph F. Penza, Jr., Esq. #0607
OLENN & PENZA, LLP
**Attorney for Defendant**
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499